UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
YENSY CONTRERAS, :
:
                 Plaintiff, :
:      22-CV-459 (VSB)
        -against- :
:         **ORDER**
KING OF SHAVES INC., :
:
                Defendants. :
:
--------------------------------------------------------- :
                               X

**VERNON S. BRODERICK**, United States District Judge:

      Plaintiff filed this action on January 18, 2022. (Doc. 1). On March 11, 2022, Plaintiff returned executed summonses indicating that Defendant was served on February 18, 2022. (Docs. 5–6.) Defendant's response to Plaintiff's complaint was due on March 11, 2022. (*Id.*) Defendant has yet to respond to the complaint or appear in this action. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 15, 2022. If Plaintiff fails to do so or otherwise demonstrates that she does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 21, 2022
             New York, New York

                                                    VERNON S. BRODERICK
                                                    United States District Judge