UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
YENSY CONTRERAS,                                            :
                                                            :
                              Plaintiff,                    :
                                                            :           22-CV-459 (VSB)
              -against-                                     :
                                                            :           **ORDER**
KING OF SHAVES INC.,                                        :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------ :
                                                            X

VERNON S. BRODERICK, United States District Judge:

On March 21, 2022, I directed Plaintiff "to seek a default judgment . . . in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 15, 2022," and I warned that "[i]f Plaintiff fails to do so or otherwise demonstrates that she does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)." (Doc. 7.) On April 15, 2022, Plaintiff filed a proposed Clerk's Certificate of Default and a single page attorney affirmation, (Docs. 8–9), but the affirmation is not in the form required by my Individual Rules, and Plaintiff largely failed to file the documents required by my Individual Rules for seeking default judgment. Accordingly, it is hereby

ORDERED that by April 22, 2022, Plaintiff must comply with my Individual Rules for seeking default judgment. Failure to do so will result in dismissal under Rule 41(b).

SO ORDERED.

Dated:    April 18, 2022
          New York, New York                    _____
                                                VERNON S. BRODERICK
                                                United States District Judge