```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  YENSY CONTRERAS,                                          :
                                                            :
                           Plaintiff,                       :
                                                            :        22-CV-459 (VSB)
                  -against-                                 :
                                                            :             ORDER
                                                            :
  KING OF SHAVES, INC.,                                     :
                                                            :
                           Defendants.                      :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On March 21, 2022, after Defendant failed to appear in this action, I entered an order directing Plaintiff to seek default judgment "in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than by April 15, 2022," and I cautioned that failure to comply would result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b). (Doc. 7.) On April 18, 2022, I entered order noting that, although Plaintiff had filed certain documents seeking default judgment, its filings were not in compliance with my Individual Rules, and I ordered that "by April 22, 2022, Plaintiff must comply with my Individual Rules for seeking default judgment." (Doc. 11.)

That deadline has passed, and Plaintiff has failed to seek default judgment in accordance with my orders. Accordingly, it is hereby

ORDERED that this action is dismissed pursuant to Rule 41(b).

SO ORDERED.

Dated:  April 25, 2022
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge